IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2006 APR 11 A 10: 53

Timmy Terrell Harris                )
Full name and prison number         )
of plaintiff(s)                     )
                                    )
                                    )
v.                                  )
                                    )     CIVIL ACTION NO. 1:06cv329-WHA
Kirk Adams                          )     (To be supplied by Clerk of
                                    )      U.S. District Court)
Wally Olson                         )
                                    )
_____            )
                                    )
_____            )
                                    )
_____            )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the         )
persons.)                          )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( ✓ )  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Timmy Harris / Timmy Harris
                         1:05-CV-1077-T   1:05-CV-1187-T

            Defendant(s) Hal Cox / Kenneth Latham et al
                         1:05-CV-1077      1:05-CV-1187-T

        2.  Court (if federal court, name the district; if
            state court, name the county) United States

            District Court

3. Docket number _____

4. Name of judge to whom case was assigned _____

   _Honorable Venzetta P. McPherson_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _Still Pending_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _DALE COUNTY JAIL_

_OZARK ALABAMA_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _SAME_

_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | _Kirk Adams_ | _PoBox 1688 Ozark Alabama 36361_ |
| 2. | _Wally Olson_ | _PO Box 1688 Ozark Alabama 36361_ |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _February 27, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attached_

_See Attached_

## STATEMENT OF CLAIM

## " UNLAWFUL PROSECUTION"

ON or About February 27, 2006 DALE COUNTY DISTRICT ATTORNEY KIRK ADAMS "ACTING UNDER COLOR OF LAW" KNOWINGFULLY Attempted to Unlawfully Prosecute I, TIMMY Harris For the Charge of Burglary 3rd based on the Use of Evidence that was obtained via AN ILLEGAL SEARCH AND SIEZURE ON September 8, 2005. ON FEBRUARY 23, 2006. Kenneth Latham whom is a Defendant in a Civil matter before this same Court Admitted to in Part to ILLEGALLY SIEZING THE SAME Evidence Therefore Making the use of the said Evidence Unlawful. DALE COUNTY DISTRICT ATTORNEY KIRK ADAMS TO THIS PRESENT DATE IS USING THIS CASE AS A SOURCE OF LEVERAGE TO ASSIST THE DALE COUNTY SHERIFF DEPARTMENT AND NEWTON POLICE TO KEEP I, THE PLAINTIFF UNDER SUBJECTION, IN HOPE MAYBE I WOULD PLEAD GUILTY TO A FELONY AND BY DOING THIS I WOULD WEAKEN MY WINNING OF A JUDGEMENT.

## STATEMENT OF CLAIM

## "Vindictive Prosecution"

On or About February 27, 2006. Dale County District Attorney Kirk Adams "Acting Under Color of Law" Knowingfully has been using his Position as a Prosecutor to Force the Complaintiff Timmy Harris to Plea out only to Charge of Burglary 3rd. The DALE COUNTY DISTRICT ATTORNEY Has already dropped the two Charges of Recieving Stolen Property And theft of Property based on the fact that the Arresting officer Fabricated the charges because he had No Proof of a charge he wanted to stick for a Burglary which was a broken window So he did not do this in reference to a Plea Agreement.
In Normal cases where there's no Conflictual Interest based on the evidence the case would be disposed and Plead out to the Lesser charge which is a Misdemeanor.

In this Case Dale County District Attorney Kirk Adams Is Prosecuting the matter severely in the Criminal Court and His Father Joesph Adams is the Attorney for the DEFENDANT'S WHOM WERE NAMED IN A LAWSUIT FILED AS THE CROSS CLAIM OF THE CHARGE OF BURGLARY 3RD. CLEARLY Indicating a "Conflict of INTEREST."

Joesph W. Adams appointment was before The Trial for this Cause CC-103 BURGLARY 3rd So the District Attorney was fully aware of his appointment and was of Full Knowledge of a Possible Conflict.

GOES BACK to the Crime and Fabricate Evidence and

<u>STATEMENT OF CLAIM</u>

On or About February 27, 2006 DALE COUNTY SHERIFF INVESTIGATOR WALLY OLSON "Acting Under Color of LAW" Knowingfully "Denied me a right to a FAIR TRIAL" by lying under Oath by Testimony." AND "EVIDENCE TAMPERING"

WALLY OLSON was or has in no WAY Involved in my Criminal by any MEANS and CAN NO show any documentation to Prove So Until TRIAL Time and was Permitted to Testify.

WALLY OLSON ON a DATE VERY CLOSE TO TRIAL TIME WENT TO THE ALLEDGED CRIME SCENE AND TOOK A NEW SET OF Shoe Prints while Using my shoes he had taken by going thru my PROPERTY WITHOUT RECIEPT OR CONSENT

In CASES WHERE there is very little Evidence WALLY OLSON Goes back to the Crime and Fabricate Evidence and Then testifies to it in Order to get a Conviction And so often Gets away with it.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

*I ask the Court to execute process of this Case as it deems sufficient, I want the Defendants to pay for loss of time, pain and Mental Anguish, IN DAMAGES TO AMOUNT $200,000.00 plus punitive DAMAGES $20,000.00*

_____
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on _____4-7-2006_____.
                     (Date)


_____
Signature of plaintiff(s)

4