IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS,            )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CIVIL ACTION NO. 1:06cv329-WHA
                                 )
KIRK ADAMS, *et al.*,            )
                                 )
        Defendants.              )

**ORDER**

On 18 April 2006, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1.    Plaintiff's claims against Defendants Adams are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I);

2.    Plaintiff's perjury claim against Defendant Olson is DISMISSED with prejudice  pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3.    Plaintiff's challenge to the validity of his third degree burglary conviction is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4.    This complaint is DISMISSED prior to service of process.

Done this the 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE